**UNIFUND CCR, LLC, Respondent,**

v.

**Rickey SANTIAGO, Appellant.**

**No. ED 101227**

Missouri Court of Appeals, Eastern District, DIVISION FOUR.

Signed December 16, 2014

Scott C. Ehlermann, 701 Emerson Road, Suite 260, St. Louis, Missouri 63141, for appellant.

Stephen J. Barber, 11970 Borman Drive, Suite 250, St. Louis, Missouri 63146, for respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

## ORDER

PER CURIAM

Appellant/Defendant Rickey Santiago ("Santiago") appeals from a default judgment entered against him by the trial court for an unpaid credit card account with Respondent Unifund CCR, LLC ("Unifund"), and from the trial court's denial of his motion to set aside that judgment for want of service. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).